UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHABIB NURMAGOMEDOV,<br>　*Plaintiff,* | )<br>)<br>) |
| v. | )    Case No. 1:23-cv-06683-NRB |
| | ) |
| LEGIONFARM, INC.,<br>　*Defendant.* | )<br>)<br>) |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day came to be heard the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Khabib Nurmagomedov and Defendant Legionfarm, Inc. (collectively, the "Parties"). Having considered the Stipulation and noting that it is jointly filed and agreed, the Court hereby DISMISSES all claims and counterclaims by and between the Parties WITH PREJUDICE.

Signed this 22nd of July, 2025

_____
UNITED STATES DISTRICT JUDGE